Edward Lyman Bill, Inc., Publishers of the Music Trade Review, Appellee, v. Charles H. Leech, Appellant.

Gen. No. 23,824.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1917.   Affirmed.   Opinion filed July 10, 1918.

## Statement of the Case.

Action by Edward Lyman Bill, Inc., Publishers of the Music Trade Review, plaintiff, against Charles H. Leech, defendant, to recover under a contract for advertising.   From a judgment for plaintiff for $262.08, defendant appeals.

SAMUEL B. HILL, for appellant.

CULVER, ANDREWS, KING & STITT, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

## Abstract of the Decision.

1.  CORPORATIONS, § 516*—*when contract with corporation is shown.* In an action to recover on a contract, evidence *held* sufficient to support a finding that the contract was entered into with plaintiff, a corporation, and not with an individual having the same name as the corporation.

2.  CORPORATIONS, § 769a*—*when defendant must show that plaintiff is not authorized to do business in State.* Where defendant, in an action by a corporation, sets up that plaintiff is not a corporation authorized to do business in the State, the burden of establishing this defense is on defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.